KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228/ Fax: (619)235-2757

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. 08-MJ-1161 |
| Plaintiff, ) | |
| v. ) | ORDER ~~MOTION~~ TO UNSEAL SPECIFIED DOCUMENTS FOR DISCOVERY PURPOSES |
| THOMAS V. SWIFT (D1), ) | |
| KEVIN D. KENNEDY (D2), ) | |
| ROBERT ROCCO (D3), | |
| STEVEN ZUFALL (D4), ) | |
| RUDY TIJERINA (D5), | |
| JESSE SANDOVAL (D6), ) | |
| KYLE KIMBREL (D7), | |
| JORGE MORALES (D8), ) | |
| JOSE RODRIGUEZ-PARRA (D9), | |
| RANDY KENNEDY (D10), ) | |
| GLENN SWIFT (D11), | |
| GREGORY SWIFT (D12), ) | |
| BRANDON GONZALEZ (D13), | |
| ) | |
| Defendants. | |
| ) | |

The Court orders that in the above-captioned case, the applications, affidavits and search warrants attached thereto, as well as the Government's motion and this order, be unsealed for the purpose of providing discovery to the defendants.

SO ORDERED.

DATED: 4/29/08

THE HONORABLE BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY