AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

__Jorge Morales__

CASE NUMBER: __08-CR-1540 JM__

I, __Jorge Morales__, the above named defendant, who is accused of

21 USC 841 AND 846 - Conspiracy to Manufacture Marijuana *(JM)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/27/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Jorge Morales
Defendant

_____
Counsel for Defendant

Before __Barbara L. Major__
Judge

**FILED**
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___MR___ DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd